UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Case No. 21-02340-jw

ORDER CONFIRMING DISMISSAL UNDER
11 U.S.C. §521(i)(2)

The relief set forth on the following pages for a total of -2- pages including this page is hereby
ORDERED.

_____

**FILED BY THE COURT**
**10/26/2021**



_John E. Waites_
US Bankruptcy Judge
District of South Carolina

Entered: 10/26/2021

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>THOMAS JOHN GOMOLKA<br>　　　　　　　　　　　　　Debtor | Bankruptcy Case No. 21-02340-jw<br><br>ORDER CONFIRMING DISMISSAL<br>UNDER 11 U.S.C. §521(i)(2)<br><br>Chapter 13 |

　　　　This matter comes before the Court upon the Chapter 13 Trustee's request for order confirming the dismissal of the case, pursuant to 11 U.S.C. §521(i)(2).

　　　　A review of the record verifies that none of the information required in the form of statements and schedules pursuant to 11 U.S.C. §521(a)(1) has been filed. The information was required no later than 45 days from filing the petition, which was October 25, 2021. The case was therefore automatically dismissed pursuant to 11 U.S.C. §521(i)(2).

　　　　IT IS THEREFORE ORDERED that the above case is dismissed. The dismissal is effective from the 46th day after the date of filing the petition, October 26, 2021.

　　　　AND IT IS SO ORDERED.